| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/8/2021 |
|---|---|

RONNIE GONZALEZ,

        Plaintiff,

-against-

SPARTAN ACQUISITION CORP. II et al.,

        Defendants.

1:21-cv-2896 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint on April 5, 2021 [ECF #1]. To date, however, Plaintiff has not filed proof of service of the summons and complaint. Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Accordingly, IT IS HEREBY ORDERED that, by July 22, 2021, Plaintiff shall both serve the summons and complaint on Defendants and file proof of such service on ECF. **Failure to comply with this Order might result in sanctions, including dismissal of this action with prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.**

**SO ORDERED.**

Date: June 8, 2021
      New York, NY

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**