UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONNIE GONZALEZ,

                              Plaintiff,

          -against-

SPARTAN ACQUISITION CORP. II,
GEOFFREY STRONG, JOHN
MACWILLIAMS, OLIVIA WASSENAAR,
WILSON HANDLER, CHRISTINE
HOMMES, JOSEPH ROMEO, MICHAEL
STICE, and JAN WILSON,

                              Defendants.

Case No.:  1:21-cv-02896-MKV

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: July 9, 2021                    Respectfully submitted,

                                       **MONTEVERDE & ASSOCIATES PC**

                                       */s/ Juan E. Monteverde*
                                       Juan E. Monteverde (JM-8169)
                                       The Empire State Building
                                       350 Fifth Avenue, Suite 4405
                                       New York, NY 10118
                                       Tel: (212) 971-1341
                                       Fax: (212) 202-7880
                                       Email: jmonteverde@monteverdelaw.com

                                       *Attorneys for Plaintiff*